**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | No. 2:86-cr-00197 |
| : | |
| ELLIS MATHEWS, JR. : | |

## O R D E R

**AND NOW**, this 18th day of November, 2020, upon consideration of Defendant's pro se Motion for Early Home Confinement under Compassionate Release with Extraordinary and Compelling Reasons, ECF No. 96, and for the reasons set forth in this Court's Opinion issued this date, **IT IS ORDERED THAT:**

1. The motion, ECF No. 96, is **DENIED with prejudice**.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge